■ In the Matter of MUJAHID SMITH, Petitioner, v BRUCE YELICH, as Superintendent of Bare Hill Correctional Facility,

Respondent. [28 NYS3d 635]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Franklin County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Garry, Egan Jr. and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.